347 Ill. App. 571 (1952)
107 N.E.2d 272
Helen Heitz, Ruth Heitz, now Ruth Heitz Hopkins, and Charles Heitz, Plaintiffs-Appellees,
v.
Ernest Hersheway, Defendant-Appellant.
Gen. No. 10,610.
Illinois Appellate Court.
Opinion filed July 3, 1952.
Rehearing denied August 18, 1952.
Released for publication August 18, 1952.
Zwanig, Thompson & Lanuti, for appellant.
Berry & O'Conor, for appellees.
(Abstract of Decision.)
Opinion by JUSTICE ANDERSON.
Judgments affirmed.
Not to be published in full.